UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:06-CR-160-1BO2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BOBBY LEE RAWLINGS | ) | |

This matter is before the Court on the Government's Motion for Appropriate Relief After Sentencing.

For good cause shown, the Court hereby grants the motion for appropriate relief and amends the original judgment as follows:

The Court makes the following recommendations to the Bureau of Prisons: Placement at the North Carolina Department of Corrections.

All other aspects of the original judgment dated March 7, 2008, are hereby reaffirmed.

It is so ORDERED.

This 30 day of December, 2011.

TERRENCE W. BOYLE
United States District Judge

1